UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-225 DSD/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT JOHNSTON,<br><br>Defendant,<br><br>TCF BANK,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on January 21, 2004, is hereby released.

Dated: February 4, 2004

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED FEB 04 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK