UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-225 DSD/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT JOHNSTON,<br><br>Defendant,<br><br>TONY ROMAS,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. Because the defendant has a pre-existing child support garnishment already in place, no funds are currently available for this Writ of Garnishment.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on January 23, 2004, is released.

Dated: March 5, 2004

Susan Richard Nelson
SUSAN R. NELSON
United States Magistrate Judge